EDWARD J. BENDER V. STATE

No. 34,132.   January 17, 1962

*Sam L. Harrison,* San Antonio, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $100.00.

Appellant waived his right to a jury trial and plead not guilty before the court.

An examination of the complaint shows that it was not signed by the affiant as is required by Article 222, V.A.C.C.P. A valid complaint is a prerequisite to a valid information. Article 415, V.A.C.C.P.; Byrom v. State, 158 Tex. Cr. Rep. 427, 256 S.W. 2d 853.

Because of the fatal defect in the complaint, the judgment is reversed and the cause remanded.